7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

***In Re:*** William Charles Boyd, Jr. and Brenda Louise Boyd
***Debtor***

***Bankruptcy Case No.***
14–41765–can7

**United States of America**
    Plaintiff(s)

***Adversary Case No.***
14–04105–can

v.

**Brenda Louise Boyd**
    Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that the STIPULATION AND AGREEMENT FOR JUDGMENT OF NONDISCHARGEABILITY OF SOCIAL SECURITY OVERPAYMENT AGAINST BRENDA L BOYD, AS FILED IN THIS CASE, IS APPROVED,



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 12/22/14

Court to serve